IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| SHELDON L. HUGER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:12CV1242 |
| | ) | |
| OFFICER M.D. ANDERSON, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and, on April 2, 2015, was served on the parties in this action. No objections were filed within the time limits prescribed by § 636.[1]

In conducting a review of the Recommendation, the Court has identified a scrivener's error: where the Recommendation states that, "The record before the Court thus suggests that *Defendant* did not sustain substantial injuries," (Doc. 31 at 9 (emphasis added)), it should instead refer to Plaintiff. The Court, however, has determined that said scrivener's error does not alter the substance of the Recommendation.

The Court hereby adopts, except as to the scrivener's error outlined herein, the Magistrate Judge's Recommendation.

---

[1] The Docket reflects that the Recommendation was returned undelivered because, as noted in the Recommendation, Plaintiff has failed to provide the Court with an up-to-date address. For reasons stated in the Recommendation, that failure by Plaintiff does not entitle him to avoid the entry of judgment against him.

IT IS THEREFORE ORDERED that that Defendant's Motion for Summary Judgment (Doc. 25) is GRANTED. A Judgment dismissing this action will be entered contemporaneously with this Order.

This, the 27th day of April, 2015.

                                              /s/ Loretta C. Biggs
                                          United States District Judge